# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREATER OCEANS, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ERIC THORSTENSON, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO.: 2:20-cv-11340-FMO-PLA<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER**<br><br>*Assigned to Judge:*<br>**Hon. Fernando M. Olguin**<br><br>*Discovery Matters, Magistrate Judge:*<br>**Hon. Paul L. Abrams** |

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is GRANTED.

**IT IS SO ORDERED.**

DATED: June 30, 2021        By: _____
Honorable Paul L. Abrams
United States Magistrate Judge