UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV 20-11340-MEMF(PLAx) | Date | July 14, 2022 |
| Title | Greater Oceans, Inc. v. Eric Thorstenson, et al. | | |

PRESENT: <u>Honorable Maame Ewusi-Mensah Frimpong</u>
<u>United States District Judge</u>

<u>Kelly Davis</u>
Courtroom Deputy Clerk

<u>Laura Elias</u>
Court Reporter

<u>Attorney Present for Plaintiff:</u>
Brent Blakely (via Zoom)

<u>Attorney Present for Defendant:</u>
Matthew Murphey (via Zoom)

**PROCEEDINGS:** **MOTION Hearing (Held and Completed)**

Case called. Court and counsel confer re: the Motion to Dismiss Case the First Amended Complaint pursuant to FRCvP 12(b)(1); alternatively Rule 12(b)(6); alternatively Rule 12(b)(3); or alternatively pursuant to the *Colorado River* Doctrine filed by Deft. Eric Thorstenson [18]. The Court takes the matter under submission. A separate Court order shall issue.

: 56

Initials of Deputy Clerk    kd