UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   LA CV 20-11340-MEMF(PLAx)                               Date: July 22, 2022

Title      Greater Oceans, Inc. v. Eric Thorstenson, et al.

Present: The Honorable:    Maame Ewusi-Mensah Frimpong

| Kelly Davis | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings: In Chambers – Order GRANTING Plaintiff's Request for Leave to Amend First Amended Complaint**

    On July 14, 2022, the Court held a hearing on the pending Motion to Dismiss the First Amended Complaint ("Motion"). ECF No. 18. During the hearing, the Court indicated its concerns regarding the sufficiency of the allegations in the First Amended Complaint. Plaintiff's counsel requested that the Court grant leave to amend the complaint. Defendant's counsel expressed opposition to the request on the grounds that amending the complaint will prejudice the Defendant because any amendment may require the Defendant to reopen discovery.

    A district court should generally grant leave to amend freely. *Cervantes v. Countrywide Home Loans, Inc.*, 656 F.3d 1034, 1041 (9th Cir. 2011). However, "a district court may dismiss without leave where a plaintiff's proposed amendments would fail to cure the pleading deficiencies and amendment would be futile." *Id.* at 1041.

    The Court, finding that Plaintiff's pleading deficiencies might be cured by amendment, hereby GRANTS Plaintiff leave to amend the First Amended Complaint no later than thirty (30) days from the date of this Order. In light of this, the Motion is DENIED as MOOT. This denial is without prejudice to the Defendant filing a new Motion to Dismiss any amended complaint that the Plaintiff may file in response to this Order.

    In light of the concern Defendant raised regarding the potential need for reopening discovery, the parties are advised that the Court will permit the Defendant to file a motion to briefly reopen discovery for the limited purpose of addressing any new material in the amended

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   LA CV 20-11340-MEMF(PLAx)                                        Date: July 22, 2022

Title      Greater Oceans, Inc. v. Eric Thorstenson, et al.

complaint. The parties are reminded to meet and confer as required by the Court's Standing Order. Failure to do so may result in sanctions.