UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREATER OCEANS, INC., a California Corporation,<br><br>          Plaintiff,<br><br>     vs.<br><br>ERIC THORSTENSON, an individual; and DOES 1-10, inclusive,<br><br>          Defendants. | Case No. 2:20-cv-11340-MEMF-BFM<br><br>**FINAL JUDGMENT** |

　　　WHEREAS, on December 15, 2020, plaintiff Greater Oceans, Inc. ("Plaintiff" or "Greater Oceans") filed its initial Complaint against defendant Eric Thorstenson ("Defendant" or "Thorstenson");

　　　WHEREAS, on August 19, 2022, Plaintiff filed the operative Second Amended Complaint ("SAC") alleging causes of action for (1) misappropriation of trade secrets under the Defend Trade Secrets Act ("DTSA"); (2) conversion; (3) breach of contract; (4) breach of implied covenant; (5) breach of the duty of loyalty; (6) breach of fiduciary duty; (7) tortious interference with contractual relations; (8) intentional interference with prospective economic advantage; (9) unfair competition; and (10) declaratory judgment;

　　　WHEREAS, on September 2, 2022, Thorstenson filed counterclaims against Greater Oceans,

1 alleging: (1) fraud; (2) negligent misrepresentation; (3) breach of written contract; (4) common count for services performed; and (5) violation of Cal. Bus. & Prof. Code § 17200;

WHEREAS, on July 10, 2023, a bench trial commenced before this Court. The Court issued its Amended Findings of Fact and Conclusions of Law on January 6, 2025, finding Thorstenson liable for the following (and not liable for any other claim): (1) misappropriation with respect to carbon/composite fins (the "Carbon Fins") only, (2) conversion, (3) tortious interference with contractual relations, (4) intentional interference with prospective advantage, (5) violation of Section 17200, and (6) declaratory judgment. The Court also found Greater Oceans liable for Thorstenson's counterclaim for common count only, dismissing Thorstenson's other claims for fraud, negligent misrepresentation, breach of written contract, and violation of Cal. Bus. & Prof. Code § 17200 with prejudice. The Court awarded Greater Oceans a net recovery of $131,332.26;

WHEREAS, on May 21, 2025, this Court granted in part Plaintiff's Motion for Attorneys' Fees, awarding Plaintiff attorneys' fees in the amount of $318,403 and costs.

In light of the foregoing, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Judgment shall be entered in this matter as follows:

1. Judgment shall be entered in favor of Plaintiff Greater Oceans, Inc. and against defendant Eric Thorstenson;
2. Defendant shall recover nothing;
3. Plaintiff shall recover its costs in the action as the prevailing party;
4. Plaintiff shall recover $131,332.26, as awarded on January 6, 2025;
5. Plaintiff shall recover its attorneys' fees in the amount of $318,403 as the prevailing party.

**IT IS SO ORDERED.**

DATED: June 12, 2025

_____
Honorable Maame Ewusi-Mensah Frimpong
**United States District Judge**